**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1518**

_____

IVORY L. HAWKINS,

　　　　　Plaintiff - Appellant,

　　　v.

ARC-TECH, INCORPORATED,

　　　　　Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, District Judge. (2:10-cv-00447-RBS-DEM)

_____

Submitted: September 29, 2011　　　Decided: October 4, 2011

_____

Before KING, GREGORY, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ivory L. Hawkins, Appellant Pro Se. Frank Charles Gulin, PARGAMENT & HALLOWELL, PLLC, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ivory L. Hawkins appeals the district court's order denying her Fed. R. Civ. P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. Hawkins v. Arc-Tech, Inc., No. 2:10-cv-00447-RBS-DEM (E.D. Va. Apr. 15, 2011). Hawkins' pending motion for transcripts at the Government's expense is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED